IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES R. GRAHAM,                              CIVIL NO.: 2:12-CV-02342-SU

      Plaintiff

      v.

COMMISSIONER of                                 ORDER
Social Security Administration

      Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $6,414.79 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 S.Ct.2521 (2010) .


IT IS SO ORDERED this 25th day of June,  2014.



            /s/ Patricia Sullivan
            Patricia Sullivan
            UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:



/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III      OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR  97501
      Attorney for Plaintiff

**BLACK, CHAPMAN, WEBBER & STEVENS**
**ATTORNEYS AT LAW**
**221 Stewart Ave., #209**
**MEDFORD, OREGON 97501**
**Phone:  (541) 772-9850  Fax: (541) 779-7430**
**stevens@blackchapman.com**